ACCEPTED
01-14-00417-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 2:03:19 PM
CHRISTOPHER PRINE
CLERK

# NO. 01-14-00417-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 2:03:19 PM
CHRISTOPHER A. PRINE
Clerk

NICK YEH, INDIVIDUALLY, ASHDON INC. D/B/A IMPRESSION BRIDAL, AND
EMME BRIDAL, INC.,

Appellants/Cross-Appellees,

v.

ELLEN CHESLOFF,

Appellee/Cross-Appellant.

On Appeal from the 268th Judicial District Court,
Fort Bend County, Texas, No. 09-DCV-174184

## UNOPPOSED THIRD MOTION TO EXTEND TIME TO FILE APPELLEE'S/CROSS-APPELLANT'S BRIEF

Appellee/Cross-Appellant Ellen Chesloff files this Unopposed Third Motion asking for a thirty-day extension, **to June 1, 2015**, to file her Appellee's/Cross-Appellant's Brief in this case.

## I.     BACKGROUND

Appellants appeal the April 25, 2014 Final Judgment entered against them in the underlying case.  Appellee noticed a cross-appeal of that Final

Judgment as well. The Clerk's Record was filed on June 23, 2014 and the Reporter's Record was filed on November 25, 2014.

Appellants filed their brief on January 29, 2015. Appellee's/Cross-Appellant's brief is currently due, on second extension, no later than May 1, 2015.

## II.   REQUESTED EXTENSION

This is Appellee's/Cross-Appellant's third request for an extension. The following matters have prevented the undersigned from devoting sufficient time to prepare that brief.

1.   The undersigned is lead counsel and just finished preparing the appellees' brief in *Double Diamond-Delaware, Inc., et al. v. Jeanette Alfonso, et al.*, No. 13-14-00324-CV, in the Thirteenth Court of Appeals. That appellees' brief, which involved an 8-volume, 4,300 page clerk's record, and a 5-volume reporter's record, involved complicated issues regarding the propriety of maintenance assessments by a property owner's association, as well as a complex venue challenge involving multiple parties. That brief, which was filed on April 20, 2015, consumed much more of the undersigned's time over the past month than he anticipated.

2.   The undersigned is lead counsel and responsible for preparing a reply brief in *Hardriders Motorcycle Club Association, et al. v. Hardriders, Inc.*, No. 14-14-00234-CV, in the Fourteenth Court of Appeals. That reply brief is due to be filed on April 27, 2015, and is set for oral argument on June 11, 2015.

3. The undersigned is lead counsel and responsible for preparing the appellant's brief in *Perry J. Luig v. North Bay Enterprises, Inc.*, No. 15-10087, in the United States Court of Appeals for the Fifth Circuit. The appellant's brief is due to be filed no later than May 4, 2015.

4. The undersigned is lead counsel and responsible for preparing a reply brief in *Wanda Young, et al. v. Pulte Homes of Texas, LP, et al.*, No. 02-14-00224-CV, in the Second Court of Appeals. That reply brief is due to be filed on May 7, 2015.

5. The undersigned was retained earlier this month as lead appellate counsel to defend a $6.5 million verdict that was entered in late March 2015 in *Rolando Cumpian v. Joeris General Contractors, Ltd.*, No. 2013-CI-14392, in the 285th District Court of Bexar County, Texas. The trial court has set a hearing on May 7, 2015 at which time Plaintiff's Motion to Enter Judgment and the Defendant's Motion for Judgment Notwithstanding the Verdict (and possibly a Motion for New Trial) will be heard. Defendants' Motion for Judgment Notwithstanding the Verdict is to be filed today, giving the undersigned approximately 10 days to respond to it. Accordingly, the bulk—if not all—of the undersigned's time between now and the May 7th hearing will need to be devoted to this matter.

These and other day-to-day matters have and will prevent the undersigned from devoting the time necessary to prepare the Appellee's/Cross-Appellant's brief in this case by the current deadline. This request is sought not solely for delay, but in order that the Appellee's/Cross-Appellant's Brief and the issues to be presented therein may be clearly and concisely presented to this Court and so that justice may be served.

## III. CERTIFICATE OF CONFERENCE

On April 20, 2015, the undersigned contacted lead appellate counsel for Appellants, Barham Lewis, regarding the substance of this Motion. Mr. Lewis once again graciously advised that he and his clients were unopposed to the relief being requested.

## IV. PRAYER

For these reasons, Appellee/Cross-Appellant respectfully requests that this Court grant her unopposed motion and extend the time to file her Appellee's/Cross-Appellant's Brief to **June 1, 2015**, and for such other and further relief to which they may be justly and equitably entitled.

Respectfully submitted,

By: */s/ Thad D. Spalding*
**Thad D. Spalding**
State Bar No. 00791708
tspalding@texasappeals.com
**Peter M. Kelly**
State Bar No. 00791011
pkelly@texasappeals.com
KELLY, DURHAM & PITTARD, LLP
PO Box 224626
Dallas, TX 75222
Telephone: 214.946.8000
Facsimile: 214.946.8433

and

**Ronald M. Estefan**
State Bar No. 00785851
ron@ronestefanlaw.com
THE ESTEFAN FIRM, P.C.
2306 Mason Street
Houston, Texas 77006
(713) 333-1100
(713) 333-1101 (Fax)

**COUNSEL FOR**
**APPELLEE/CROSS-APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this *Unopposed Third Motion to Extend Time to File Appellee's/Cross-Appellant's Brief* has been forwarded to the following counsel of record on this **21st** day of **April 2015**, pursuant to Texas Rule of Appellate Procedure 9.5(b)(1).

Barham Lewis
Barham.Lewis@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002

/s/ Thad D. Spalding
**Thad D. Spalding**